■ STEPHEN J. CROWLEY, as President and on Behalf of the Detectives' Endowment Association of the Police Department of the City of New York, Inc., Appellant, v MICHAEL CODD, as Commissioner of the New York City Police Department, Respondent.—Judgment, Supreme Court, New York

County, entered on or about January 23, 1978, unanimously affirmed on the opinion of Ascione, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Birns, Silverman and Sandler, JJ.